UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
SERAPIO PEREZ LOPEZ,

Petitioner,

v.

**ORDER TO SHOW CAUSE**
26-CV-05640 (OEM)

ROBERT BROWN, *et al.*,

Respondents.
---------------------------------------------------------x

ORELIA E. MERCHANT, United States District Judge:

Upon consideration of the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, Dkt. 1 ("Petition") and Motion for a Temporary Restraining Order Pursuant to FRCP 65(b) ("TRO Motion"), IT IS HEREBY ORDERED that:

1. Petitioner shall cause a copy of this order, the Petition, and the TRO Motion to be served on Respondents by **September 14, 2026**;

2. Petitioner shall file proof of service on the docket by **September 15, 2026**;

3. Respondents are ORDERED to file a return to the order to show cause why the Petition should not be granted by **September 17, 2026.** *See* 28 U.S.C. § 2243;

4. The parties are further ORDERED to appear before this Court for a hearing on the Petition on **September 18, 2026, at 11:00 a.m.** in Courtroom 6C South before Judge Orelia E. Merchant. Alternatively, the parties may file a joint letter by **September 17, 2026**, indicating that they waive the hearing and consent to the Court issuing a decision on the briefs;

5. Moreover, to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the Eastern District of New York until further order of this Court. *M.K. v. Joyce*, 25-cv-01935-JMF, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.").

SO ORDERED.

*/s/*
ORELIA E. MERCHANT
United States District Judge

September 14, 2026
Brooklyn, New York